# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00263-CV

**Roberto Juarez Salinas, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-FM-08-002253, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Roberto Juarez Salinas appeals a decree terminating his parental rights. The decree was signed on October 30, 2009, and the notice of appeal was due November 19, 2009. *See* Tex. R. App. P. 26.1(b) (notice of appeal in accelerated appeal must be filed within 20 days of date of judgment). Salinas did not file his notice of appeal until April 8, 2011. While Salinas requests leave to file an out-of-time appeal, this Court does not have the authority to alter the time for perfecting an appeal in a civil case. *See* Tex. R. App. P. 2; *see also* Tex. Fam. Code Ann. § 161.211(a) (West 2008) (order terminating parental rights is immune from direct or collateral attack after sixth month after date order was signed). Because the notice of appeal was not timely filed, this Court lacks jurisdiction over the appeal. We dismiss the appeal for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed:   June 17, 2011